Nicholas Woodall
Po Box 194
Temperance Mi 48182
771-241-4590
stewartj402000@gmail.com

### THIS PAGE IS INSTRUCTIONS TO BE THROWN AWAY AFTER READ

This new filing contains 3 or two documents

A civil cover sheet of 2 pages

A Civil complaint of 28 pages

An application to proceed in forma poperus that    CONTAINS SOCIAL SECURITY NUMBERS AND INFO AND MUST BE FILED UNDER SEAL, it is 4 pages in total

If there are any issues please contact me

Thank you
Nicholas Woodall